STATE OF NEW JERSEY v. RICHARD ROLLIS.

December 23, 1985.

Petition for certification denied.

PRESS BROADCASTING CORPORATION v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF WATERFORD AND ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF WATERFORD.

December 23, 1985.

Petition for certification denied.

PAUL VAN VALEN v. JOHN J. RAFFERTY.

December 23, 1985.

Petition for certification denied.